IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CONSTRUCTION WORKERS' TRUST FUND, ET AL | * |
| Plaintiffs | * |
| v. | * Civil Action No. 21-CV-1382-ADC |
| LORENZO CONSTRUCTION COMPANY, LLC | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**IN CONSIDERATION** of the Joint Motion to Modify Scheduling Order filed by Plaintiffs Construction Worker's Trust Fund, it is this ___13th___ day of ___September___, 2021,

**ORDERED**, that the Joint Motion to Modify Scheduling Order is **GRANTED**; and it is further

**ORDERED**, that the following modified dates related to the Rule 26(a)(2) and Rule 26(e)(2) disclosures be adopted as the new dates on the Scheduling Order dated July 14, 2021: Plaintiff's Rule 26(a)(2) disclosures are hereby due October 13, 2021; Defendant's Rule 26(a)(2) disclosures are hereby due October 27, 2021; Plaintiff's rebuttal Rule 26(a)(2) disclosures are hereby due November 10, 2021; Rule 26(e)(2) supplementation of disclosures and responses are hereby due November 17, 2021.

_____
Judge
United States District Court for the District of Maryland

9045559.3 01279/146636 9/13/21