## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CONSTRUCTION WORKERS TRUST FUND
ET AL.**                                                     :

      **Plaintiffs**                                      :

**v.**                                                        : **Civil Action No. 1:21-CV-1382-ADC**

**LORENZO CONSTRUCTION COMPANY, LLC**   :

      **Defendant**                                      :

--- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## JOINT STATUS REPORT

The parties hereto, Plaintiffs Construction Workers Trust Fund et al. and Defendant Lorenzo Construction Company, LLC, pursuant to the Order entered on October 7, 2021 directing the parties to email to Judge Simms' Chambers at MDD GLSChambers@mdd.uscourts.gov a follow-up Joint Status Report on or before October 29, 2021, state that, on or about October 15, 2021, the parties entered into a Settlement Agreement, and Defendant executed a Promissory Note, resolving all claims made by Plaintiffs in this case. The Settlement Agreement and Promissory Note provide for a series of payments from the Defendant, Lorenzo Construction Company, LLC to the Plaintiffs, Laborers' Benefit Funds (Construction Workers' Trust Fund), Laborers' District Council Training Fund for Baltimore and Vicinity, Baltimore/Washington Laborers' District Council, Mid-Atlantic Laborers' Political League, and Laborers' and Employer Cooperation and Education Trust, to be made over the next thirty-seven (37) months until all amounts owed, plus interest, have been paid. The Settlement Agreement further provides that: "Upon final payment of the Delinquency Settlement Amount plus interest, the parties will file a stipulation of dismissal."

/s/ David J. Polashuk
David J. Polashuk, Fed. Bar No. 07728
dpolashuk@lmcplaw.com
Bruce L. Mann, Fed. Bar No. 04649
bmann@lmcplaw.com
Levy, Mann, Caplan, Hermann & Polashuk, LLC.
400 Redland Court, Suite 110
Owings Mills, Maryland 21117
T: (410) 998-2000
F: (410) 99802007

Attorneys for the Defendant

/s/ Robert A. Gaumont
Robert A. Gaumont, Fed. Bar No. 26302
rgaumont@grflaw.com
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Tel/Fax: (410) 576-4007

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2021, I served the foregoing Joint Status Report, through the CM/ECF system and by first-class mail, postage prepaid, to the attorneys for Plaintiffs, namely Robert A. Gaumont, Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202.

/s/ David J. Polashuk
David J. Polashuk