IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CONSTRUCTION WORKERS
TRUST FUND, et al.
        Plaintiffs

vs.

LORENZO CONSTRUCTION
COMPANY, LLC
        Defendant

Civil No.: ADC-21-1382

## O R D E R

Having read and considered the parties joint status report (Paper No. 30) IT IS, this 1st day of November, 2021,

ORDERED that this case is Stayed and Administratively Closed subject to reopening at the request of any party.

A. David Copperthite
United States Magistrate Judge